**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVEN MICHAEL HALE,** | ) | **CASE NO. 5:25 CV 2385** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **Magistrate Judge Amanda M. Knapp** |
| | ) | |
| | ) | |
| **Defendant.** | ) | **<u>MEMORANDUM OPINION</u>** |

This matter is before the Court on the Report and Recommendation of Magistrate Judge Amanda M. Knapp (Docket #14) recommending that the Commissioner of Social Security's final determination denying Plaintiff, Stephen Michael Hale's Application for Disability Insurance Benefits and Supplemental Security Income be affirmed.[1]

On October 28, 2026, Plaintiff filed Objections to the Report and Recommendation, objecting to the Magistrate Judge's determination that Plaintiff lacks Article III standing to raise a challenge to Social Security Social Security Ruling 24-3p and the Magistrate Judge's determination that substantial evidence supported the ALJ's determination that Plaintiff's

---

1 The factual and procedural history of this case, including the ALJ's findings and conclusions, is set forth in the Report and Recommendation at pages 1-7.

assistive medical device was not medically necessary. (Docket #15.) On November 5, 2026, the Commissioner of Social Security filed a Response to Plaintiff's Objections. (Docket #17.)

**Standard of Review for a Magistrate Judge's Report and Recommendation**

The applicable district court standard of review for a magistrate judge's report and recommendation depends upon whether objections were made to the report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case *de novo*. FED. R. CIV. P. 72(b) provides:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

The standard of review for a magistrate judge's report and recommendation is distinct from the standard of review for the Commissioner of Social Security's decision regarding benefits. Judicial review of the Commissioner's decision, as reflected in the decisions of the ALJ, is limited to whether the decision is supported by substantial evidence. *See Smith v. Secretary of Health and Human Servs.*, 893 F.2d 106, 108 (6th Cir. 1989). "Substantial evidence exists when a reasonable mind could accept the evidence as adequate to support the challenged conclusion, even if that evidence could support a decision the other way." *Casey v. Secretary of Health and Human Servs.*, 987 F.2d 1230, 1233 (6th Cir. 1993) (citation omitted).

**Conclusion**

This Court has reviewed the Magistrate Judge's Report and Recommendation *de novo* and has considered the pleadings, transcripts, and filings of the parties, as well as the Objections to the Report and Recommendation filed by Plaintiff and the Commissioner's response thereto. After careful evaluation of the record, this Court adopts the findings of fact and conclusions of

law of the Magistrate Judge in their entirety.

Magistrate Judge Knapp exhaustively reviewed this case and accurately applied the relevant statutory and case law. Magistrate Judge Knapp thoroughly explained Plaintiff's lack of standing to raise a challenge to Social Security Ruling 24-3p and correctly concluded that the ALJ's decision regarding the lack of medical necessity for an assistive medical device was supported by substantial evidence. (Report and Recommendation at pp. 10-17; 18-23.) Plaintiff's objections are not well taken.

The Report and Recommendation of Magistrate Judge Amanda M. Knapp (Docket #14) is hereby ADOPTED.

The Commissioner of Social Security's final determination denying Plaintiff, Steven Michael Hale's Application for Disability Insurance Benefits and Supplemental Security Income is hereby AFFIRMED.

This case is hereby TERMINATED.

IT IS SO ORDERED.

Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: November 16, 2026